Timothy L. WADDLE and Irene L. Waddle *v.* STATE of Arkansas

CR 97-71                                                936 S.W.2d 554

Supreme Court of Arkansas
Opinion delivered February 3, 1997

*C. Richard Lippard*, for appellant.

No response.

PER CURIAM. The appellants, Timothy L. Waddle and Irene L. Waddle, have filed a motion for rule on the clerk. Their attor-

ney, C. Richard Lippard, admits that the notice of appeal was untimely filed due to a mistake on his part.

■ We treat appellants' request for rule on the clerk as a motion for a belated appeal. *See, e.g., Hicks v. State,* 325 Ark. 192, 923 S.W.2d 872 (1996). We find that the error of failing to timely file a notice of appeal, admittedly made by counsel for criminal defendants, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam).

We grant the motion for belated appeal. A copy of this opinion will be forwarded to the Committee on Professional Conduct.